# EXHIBIT A

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NO.<br>26152157 [illegible] DI FMA |
|---|---|---|

**Court address**
421 Madison, Detroit, MI 48226-2358

**Court telephone no.**
313-965-5952

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
|---|---|---|
| Angel Smith<br>3?6 Helen<br>Detroit, MI. 48207<br>(313) 574-0541 | v | Experian<br>Registered Agent CT Corporation System<br>c/o CT Corporation System<br>330 N. Brand Blvd Suite 700<br>Glendale, CA 91203 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ______________________ Court, where it was given case number ______________ and assigned to Judge ______________________

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk ISS:04/01/26 EXP:07/01 |
|---|---|---|
| | | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**Summons** (3/23) **Case No.** ____________________

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| | |
|---|---|
| Name | Date and time of service |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| | | | |
|---|---|---|---|
| Service fee<br>$ | Miles traveled | Fee<br>$ | |
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ |

____________________
Signature

____________________
Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

____________________ on ____________________.
Attachments (if any) Date and time

____________________ on behalf of ____________________
Signature

____________________
Name (type or print)

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>36TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | COMPLAINT<br>Page of pages | CASE NO. |
|---|---|---|

Court address
Civil Division, 421 Madison St., Detroit, MI 48226-2358

Court telephone no.
(313) 965-5952

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Angel Smith<br>[illegible] Keller<br>Detroit, MI. 48201<br>(313) 524-6341 | v | Experian<br>Registered Agent CT Corporation System<br>c/o CT Corporation System<br>330 N. Brand Blvd Suite 700<br>Glendale, CA 91203 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

Plaintiff Angel Smith is suing Experian for violations of the Fair Credit Reporting Act (15 U.S.C. 1681) Plaintiff alleges this court has jurisdiction pursuant to 15 USC 1681 and 28 U.S.C 1331 as the action arises under Fair Credit Reporting Act (FCRA) a federal statute. In 2025 plaintiff sent dispute and demand letters stating inaccurate/inaccurate accounts shown on plaintiff credit report not belonging to her and that they be removed from credit report and for evidence of investigation and it was not provided within 45 days of the dispute or 15 days of the demand of investigation letter. This has caused financial harm to plaintiff credit worthiness and severe anxiety and plaintiff is suing for $10,000 for prayer of relief and demanding a jury trial on unauthorized accounts.

4/1/26
Date

Angel Smith
Signature