# EXHIBIT B

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

| | |
|---|---|
| **ANGEL SMITH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | **Case No. 26152157** |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that a Notice of Removal of this action from the 36th District Court, Wayne County, Michigan to the United States District Court for the Eastern District of Michigan has been filed in the United States District Court for the Eastern District of Michigan. A copy of the Notice of Removal filed with respect to this action is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: May 5, 2026

Respectfully submitted,

*/s/ Kelly E. Kane*

Kelly E. Kane (P81912)
TROUTMAN PEPPER LOCKE LLP
500 Woodward Ave, Suite 2800
Detroit, MI 48226
(248) 359-7300
kelly.kane@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I caused the foregoing document to be filed with the Clerk of Court. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Angel Smith
3166 Helen
Detroit, MI 48207
*Pro Se Plaintiff*

*/s/ Kelly E. Kane*
Kelly E. Kane

*Counsel for Defendant Experian Information Solutions, Inc.*