**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| **ANGEL SMITH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | **CASE NO.:** |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is **Experian plc**.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of **Experian plc** that are not wholly owned and are not publicly traded:

a. Central Source LLC

b. New Management Services LLC

c. Online Data Exchange LLC

d. Opt-Out Services LLC

e. VantageScore Solutions LLC

3. Publicly Held Companies: **Experian plc** indirectly owns 100 percent of Experian. **Experian plc** is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Date: May 5, 2026

Respectfully submitted,

*/s/ Lauren E. Lacey*

Lauren E. Lacey
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Phone: (202) 274-2950
Lauren.lacey@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all CM/ECF participants. I further certify that a copy was served upon the following by U.S. Mail.

Angel Smith
3166 Helen
Detroit, MI 48207
*Pro se plaintiff*

*/s/ Lauren E. Lacey*
Lauren E. Lacey

*Counsel for Defendant Experian Information Solutions, Inc.*