**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

**ANGEL SMITH,**

**Plaintiff,**

**v.**

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

**Defendant.**

**Case No.: 2:26-cv-11501**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Experian Information Solutions, Inc., ("Experian"), by counsel, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, files this motion for an extension of time to June 11, 2026, within which to file its responsive pleading to the Complaint filed by Plaintiff Angel Smith ("Plaintiff"). In support, Experian states as follows:

1. On April 1, 2026, Plaintiff filed a Complaint against Experian in the 36th District Court, Wayne Court, Michigan.

2. Experian was served with the Complaint on April 7, 2026, making Experian's response to the Complaint due May 5, 2026.

3. Experian removed this case from the District Court for the 36th District Court, Wayne Court, Michigan to the United States District Court for the Eastern District of Michigan on May 5, 2026, making Experian response to the Complaint due May 12, 2026.

4. Experian respectfully requests an extension through and including June 11, 2026, to respond to the allegations and claims made by Plaintiff, and to engage in early settlement negotiations prior to Experian filing its answer.

5. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party.

6. This case was recently filed, and no substantive activities have taken place.

7. Experian's counsel attempted to confer with the Plaintiff via telephone on May 4, 2026 and May 6, 2026 regarding the basis for this request and its need for an extension of time to respond to Plaintiff's Complaint. Plaintiff did not provide an email address. Plaintiff did not reply to counsel's attempt to confer and its request for an extension.

WHEREFORE, Defendant Experian Information Solutions, Inc. respectfully requests that the Court enter an Order providing Experian with an extension of time, up to and including June 11, 2026, to file a response to the Complaint.

Date: May 12, 2026

Respectfully submitted,

*/s/ Lauren E. Lacey*

Lauren E. Lacey
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Phone: (202) 274-2950
Lauren.lacey@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all CM/ECF participants. I further certify that a copy was served upon the following by U.S. Mail.

Angel Smith
3166 Helen
Detroit, MI 48207
*Pro se plaintiff*

*/s/ Lauren E. Lacey*
Lauren E. Lacey

*Counsel for Defendant Experian Information Solutions, Inc*