**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

ANGEL SMITH,

Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.

Case No.: 2:26-cv-11501

## ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Having reviewed Defendant Experian Information Solutions, Inc.'s Motion for an Extension of Time to Respond to Plaintiff's Complaint, and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Defendant Experian Information Solutions, Inc.'s Motion is granted, and that Defendant Experian Information Solutions, Inc., shall have up to and including June 11, 2026 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: May 13, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge