UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Angel Smith,

Plaintiff(s),

v.

Case No. 4:26−cv−11501−FKB−DRG
Hon. F. Kay Behm

Experian Information Solutions, Inc.,

Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

s/F. Kay Behm
F. Kay Behm
United States District Judge

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/Kourtney E Collins
Case Manager

Dated: May 19, 2026