**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**FLINT DIVISION**

ANGEL SMITH,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 4:26-cv-11501-FKB-DRG

Hon. F. Kay Behm

Magistrate Judge David R. Grand

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Daniel A. Grossman enters his appearance on behalf of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

Dated: June 9, 2026

Respectfully submitted,

/s/ Daniel A. Grossman
Daniel A. Grossman (P85932)
Clark Hill PLC
500 Woodward Ave, Suite 3500
Detroit, MI 48226
(313) 965-8300
dgrossman@clarkhill.com

*Attorney for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ Daniel A. Grossman
Daniel A. Grossman (P85932)

*Attorney for Defendant Experian Information Solutions, Inc.*