**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**FLINT DIVISION**

ANGEL SMITH,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 4:26-cv-11501-FKB-DRG

Hon. F. Kay Behm

Magistrate Judge David R. Grand

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through counsel, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, files this motion requesting an extension of Experian's time to file an answer or otherwise respond to Plaintiff Angel Smith ("Plaintiff")'s Complaint, up to and including July 11, 2026.

In support of this request, Experian states as follows:

1. Plaintiff filed his Complaint on or about April 1, 2026.

2. Experian was served with the Complaint on April 7, 2026.

3. Currently, Experian's deadline to file a responsive pleading is June 11, 2026.

4. Counsel for Experian conferred with Plaintiff by telephone on June 9, 2026, regarding the basis for this request and Experian's need for additional time to respond to the Complaint. Plaintiff agreed to a seven-day extension of Experian's deadline to respond to the Complaint but did not agree to Experian's request for an extension through and including July 11, 2026.

5. Counsel for Experian was only recently retained and requires additional time to evaluate the allegations, review the case file, and prepare an appropriate response to the Complaint. Given the timing of counsel's retention and the need to review the file and investigate the allegations, the seven-day extension proposed by Plaintiff would not provide sufficient time for counsel to adequately prepare Experian's response.

6. There has been one prior request for an extension of time to respond to the Complaint, which was filed by Experian's prior counsel and granted by the Court. No prior extension request has been made by undersigned counsel.

Therefore, Defendant Experian Information Solutions, Inc. respectfully requests that the deadline for Experian to file an answer or otherwise respond to the Complaint is extended to and including July 11, 2026.

Dated: June 9, 2026

Respectfully submitted,

/s/ Daniel A. Grossman
Daniel A. Grossman (P85932)
Adam N. Rosenberg (P88174)
Clark Hill PLC
500 Woodward Ave, Suite 3500
Detroit, MI 48226
(313) 965-8300
dgrossman@clarkhill.com
arosenberg@clarkhill.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ Daniel A. Grossman
Daniel A. Grossman (P85932)

*Attorney for Defendant Experian Information Solutions, Inc.*