State of Michigan
36th District Court
421 Madison
Detroit, Michigan 48226-2358
36thdistrictcourt.org

WILLIAM C. MCCONICO
CHIEF JUDGE

LAWANDA CROSBY
COURT ADMINISTRATOR

TERA JACKSON-DAVIS
DIRECTOR

PHONE (313) 965-8624
FAX: (313) 967-7551
Tera.Jackson-Davis@36thdistrictcourt.org

FILED
JUN 10 2026
CLERK'S OFFICE
DETROIT

Date: 06/04/2026

26-11501

# Transfer to United States District Court

Caption: Angel Smith v. Experian

Case Number: 26152157

Dear Clerk,

Enclosed please find the above listed case. An Order for Transmission to United States District Court for the Eastern District Court of Michigan.

Respectfully,

*April Wright*

April Wright, Senior Secretary
36th District Court
Civil/Landlord-Tenant Division

POOR QUALITY ORIGINAL

| STATE OF MICHIGAN<br>36TH JUDICIAL DISTRICT | **REGISTER OF ACTIONS** | CASE NO: **26152157** GC<br>STATUS: CLSD |
|---|---|---|

Court Address 421 MADISON AVENUE
DETROIT MI 48226

Court Telephone
313-965-5594

JUDGE OF RECORD: JONES-COLEMAN,ALICIA A., P-46310

| | | | Primary Attorney |
|---|---|---|---|
| P01 | PLAINTIFF<br>**SMITH/ANGEL/**<br>3166 HELEN<br>DETROIT MI 48207<br>313-544-0541 | (CLSD) | |
| D01 | DEFENDANT<br>**EXPERIAN//**<br>(AGT) CORPORATION SYSTEM//<br>330 N BRAND BLVD STE 70<br>GLENDALE CA 91203 | (CLSD) | P-81912<br>KANE,KELLY ELIZABETH,<br>STE 2800<br>500 WOODWARD AVE<br>DETROIT MI 48226<br>248-359-7334 0000 |

| **DATE** | | **ACTIONS, JUDGMENTS, CASE NOTES** | | **INITIALS** |
|---|---|---|---|---|
| 04/01/26 | | | | |
| | P01 | SUMM & COMP FILED | $10,000.00 | 814 |
| | D01 | SUMM & COMP BY PLAINTIFF ISSUED | | 814 |
| | D01 | FEE WAIVED (FILING ) | | 814 |
| 04/17/26 | | | | |
| | | P01 ADDRESS ADDED | | 145 |
| | | D01 ALT-NAME ADDED | | 145 |
| | | D01 ADDRESS ADDED | | 145 |
| 05/06/26 | | | | |
| | D01 | NOTICE FILED | KANE,KELLY ELIZA P-81912 | 860 |
| | | OF REMOVAL | | 860 |
| | D01 | EXHIBITS FILED | | 860 |
| | D01 | PROOF FILED | | 860 |
| 05/07/26 | | | | |
| | D01 | D01 050626 NOF ACTION UPDATED | | 860 |
| | D01 | PRIMARY ATTORNEY ADDED | KANE,KELLY ELIZA P-81912 | 860 |
| | | NOTICE OF REMOVAL, EXHIBITS, & PROOF OF | | 860 |
| | | SERVICE SENT W/FILE TO JUDGE JONES-COLEMAN FOR | | 860 |
| | | REVIEW ON 5/08/26. | | 860 |
| 05/08/26 | | | | |
| | D01 | ORDER OF TRANSM TO CIR CT ENTERED | | 143 |
| | | NOTICE OF REMOVAL TO THE UNITED STATES DISTRI- | | 143 |
| | | CT COURT FOR THE EASTERN DISTRICT COURT OF | | 143 |
| | | MICHIGAN.JUDGE A JONES-COLEMAN/LSCHMID | | 143 |
| 06/04/26 | | | | |
| | | FILE DELIVERED TO CIVIL ADMINISTRATION. | | 143 |
| | | ENTIRE FILE SENT TO EASTERN DISTRICT COURT OF | | 217 |
| | | MICHIGAN VIA CERTIFIED MAIL | | 217 |

***** END OF REGISTER OF ACTIONS ***** 06/04/26 11:08

Approved, SCAO

Original - Court file
1st copy - Assignment Clerk/Extra
2nd copy - Friend of the Court/Extra

3rd copy - Opposing party
4th copy - Moving party

| STATE OF MICHIGAN<br>JUDICIAL CIRCUIT<br>36th JUDICIAL DISTRICT<br>COUNTY | ORDER | CASE NO.<br>26-152 157 GC |
|---|---|---|

Court address
421 Madison Ave, Detroit, MI 48226

Court telephone no.
(313) 965-5594

| Plaintiff name(s), address(es), and telephone no(s). | | Defendant name(s), address(es), and telephone no(s). |
|---|---|---|
| Angel Smith<br>3166 Helen<br>Detroit, MI 48207<br>(313) 544-0541 | v | Experian Corporation |
| Plaintiff's attorney, bar no., address, and telephone no. | | Defendant's attorney, bar no., address, and telephone no.<br>Kelly Elizabeth Kane, P-81912<br>500 Woodward Ave<br>Detroit, MI 48226<br>(248) 359-7334 |

1. Motion title: Notice of Removal to the United States District Court for the Eastern District Court of Michigan

2. Moving party: Defendant

3. This motion was heard by the Honorable Alicia Jones-Coleman on 5/8/2026 (Date).

☐ 4. For the reasons stated on the record,

**THE COURT ORDERS** that the above-named motion is

☑ granted.
☐ granted in part, denied in part.
☐ denied.

☐ The court further orders

May 8, 2026
Date

AJ Coleman
Alicia Jones-Coleman
Judge

46310
Bar no.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| **ANGEL SMITH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | **CASE NO.:** 26152157 |

Jonas-Galvan
2026 MAY -6 AM 10:25
CIVIL-CASHIER 6

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby removes Case No. 26152157 in the 36th District Court, Wayne County, Michigan ("State Action") to the United States District Court for the Eastern District of Michigan. Removal of the State Court Action to this Court is proper for the following reasons:

### I. PROCEDURAL HISTORY AND BACKGROUND

1. On or about April 1, 2026, Plaintiff Angel Smith ("Plaintiff") filed a Complaint ("Complaint") in the 36th District Court, Wayne County, Michigan, styled *Angel Smith v. Experian Information Solutions, Inc.*, Case No. 26152157.

2. The Complaint was served upon Experian by Certified Mail on April 7, 2026.

3. Specifically, in the Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.*

### II. GROUNDS FOR REMOVAL

4. Federal courts have original jurisdiction of all cases that arise under federal law, 28 U.S.C. § 1331, and such cases are explicitly within this Court's removal jurisdiction. *See* 28 U.S.C.

§ 1441(b) (providing that the courts have removal jurisdiction for any action in which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties, or laws of the United States).

5. The FCRA is a federal statute, and the basis of Plaintiff's claims is that Experian committed violations of this statute.

6. Experian's position is that it did not violate any federal or state law as it relates to Plaintiff.

7. The parties' claims and defenses thus rest in part on an interpretation of 15 U.S.C. § 1681 *et seq*. Therefore, this case explicitly concerns federal law.

## III. COMPLIANCE WITH STATUTORY REQUIREMENTS

8. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Experian from the State Court Action are attached hereto as **Exhibit A**. Upon information and belief, no other related process, pleadings, or orders have been served upon Experian.

9. This Notice is being filed within 30 days after Experian's receipt of a copy of the initial pleading setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

10. Upon review of the Court's electronic filing system, no previous Notice of Removal has been filed or made with this Court for the relief sought herein.

11. The United States District Court for the Eastern District of Michigan is the federal judicial district encompassing the 36th District Court, Wayne County, Michigan, where this suit is currently pending. Venue is therefore proper under 28 U.S.C. § 1441(a).

12. Pursuant to the provisions of 28 U.S.C. § 1446(d), Experian will promptly file a copy of this Notice of Removal with the Clerk of 36th District Court, Wayne County, Michigan, and will serve a copy upon Plaintiff. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

13. Accordingly, pursuant to 28 U.S.C. §§ 1331 and 1441, the present lawsuit may be removed from the 36th District Court, Wayne County, Michigan and brought before the United States District Court for the Eastern District of Michigan.

14. There are no co-defendants in this matter, and thus 28 U.S.C. § 1446(b)(2) is inapplicable.

## IV. RESERVATION OF RIGHTS

15. Experian denies any and all allegations contained in Plaintiff's Complaint or in any other filing in the State Court Action, and files this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

16. Further, in making the allegations in this Notice of Removal, Experian does not concede in any way that the allegations in the Complaint are properly raised against Experian, that Plaintiff has asserted claims upon which relief can be granted, or that recovery of any of the amounts sought is authorized or appropriate.

17. Experian reserves the right to amend or supplement this Notice of Removal. And, in this regard, if any questions arise as to the propriety of the removal of the State Court Action, Experian expressly requests the opportunity to present a brief, oral argument, and/or any further evidence necessary in support of its position that this action is removable.

WHEREFORE, having met all the requirements for removal, Defendant Experian Information Solutions, Inc. respectfully removes this case from the 36th District Court, Wayne County, Michigan to the United States District Court for the Eastern District of Michigan, and seeks whatever further relief this Court deems equitable and just.

Dated: May 5, 2026

Respectfully submitted,

*<u>/s/ Lauren E. Lacey</u>*
Lauren E. Lacey
TROUTMAN PEPPER LOCKE LLP
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Phone: (202) 274-2950
Lauren.lacey@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, the foregoing Notice of Removal was filed with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy was served by U.S. Mail upon the following:

Angel Smith
3166 Helen
Detroit, MI 48207
*Pro Se Plaintiff*

*/s/ Lauren E. Lacey*
Lauren E. Lacey

*Counsel for Defendant Experian Information Solutions, Inc.*

# EXHIBIT A

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NO.<br>26152157 DL FMA |
|---|---|---|

**Court address**
421 Madison, Detroit, MI 48226-2358

**Court telephone no.**
313-965-5952

| Plaintiff's name, address, and telephone no. | | Defendant's name, address, and telephone no. |
|---|---|---|
| Angel Smith<br>316 Helen<br>Detroit, MI. 48207<br>(313) 574-0541 | v | Experian<br>Registred Agent CT Corporation System<br>c/o CT Corporation System<br>330 N. Brand Blvd Suite 700<br>Glendale, CA 91203 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ____________ Court, where it was given case number ____________ and assigned to Judge ____________

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk ISS:04/01/26 EXP:07/01 |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**Summons** (3/23) **Case No.** ____________________

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee (copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| | |
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| Incorrect address fee | Miles traveled | Fee | TOTAL FEE |
| $ | | $ | $ |

____________________
Signature

____________________
Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

____________________ on ____________________
Attachments (if any) Date and time

____________________ on behalf of ____________________
Signature

____________________
Name (type or print)

MCL 600.1910, MCR 2.104, MCR 2.105

Case 2:26-cv-11501-F DRG ECF No. 1-1, PageID.9 Filed 05/05/26 Page 4 of 4

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN 36TH JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY PROBATE | COMPLAINT Page of pages | CASE NO. |
|---|---|---|

Court address
Civil Division, 421 Madison St., Detroit, MI 48226-2358

Court telephone no.
(313) 965-5952

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Angel Smith<br>3600 Heler<br>Detroit, MI. 48207<br>(313) 524-6541 | v | Experian<br>Registered Agent CT Corporation - system<br>C/o CT Corporation System<br>330 N. Brand Blvd Suite 700<br>Glendale, CA 91203 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

Plaintiff Angel Smith is Suing Experian for violations of the fair Credit reporting Act (15 U.S.C. 1681) Plaintiff alleges this court has Jurisdiction pursuant to 15 USC 1681 and 28 U.S.C 1331 as the action arises under Fair Credit reporting Act (FCRA) a federal statute. In 2025 plaintiff filed dispute and demand letters stating incorrect / inaccurate accounts shown on plaintiff credit report not belonging to her and that they be removed from credit report and for evidence of investigation and it was not provided within 45 days of the dispute or 15 days of the demand of investigation letter. This has caused financial harm to plaintiff credit worthiness and severe anxiety and plaintiff is suing for $10,000 for prayer of relief and demanding a jury trial on said inaccurate accounts

4/1/26
Date

Angel Smith
Signature

# EXHIBIT B

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

| | |
|---|---|
| **ANGEL SMITH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | **Case No. 26152157** |

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that a Notice of Removal of this action from the 36th District Court, Wayne County, Michigan to the United States District Court for the Eastern District of Michigan has been filed in the United States District Court for the Eastern District of Michigan. A copy of the Notice of Removal filed with respect to this action is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: May 5, 2026

Respectfully submitted,

*/s/ Kelly E. Kane*
Kelly E. Kane (P81912)
TROUTMAN PEPPER LOCKE LLP
500 Woodward Ave, Suite 2800
Detroit, MI 48226
(248) 359-7300
kelly.kane@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I caused the foregoing document to be filed with the Clerk of Court. I further certify that a copy of the foregoing was sent via U.S. Mail to:

Angel Smith
3166 Helen
Detroit, MI 48207
*Pro Se Plaintiff*

*/s/ Kelly E. Kane*
Kelly E. Kane

*Counsel for Defendant Experian Information Solutions, Inc.*

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | SUMMONS | CASE NO.<br>26152157 JDG:A.JONES-COLEMA |
|---|---|---|

Court address
421 Madison, Detroit, MI 48226-2358

Court telephone no.
313-965-5952

| Plaintiff's name, address, and telephone no. | v | Defendant's name, address, and telephone no. |
|---|---|---|
| Angel Smith<br>3166 Helen<br>Detroit, MI. 48207<br>(313) 574-0541 | | Experian<br>Registred Agent CT Corporation system<br>c/o CT Corperation System<br>330 N. Brand Blvd Suite 700<br>Glendale, CA 91203 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ ____________ Court, where it was given case number ____________ and assigned to Judge ____________.

The action ☐ remains ☐ is no longer pending.

36TH DISTRICT COURT
CIVIL DIVISION
2026 APR -1 P 1:20

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk ISS:04/01/26 EXP:07/01/26 T. Davis |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>36TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | COMPLAINT<br>Page of pages<br>36TH DISTRICT COURT CIVIL DIVISION 2026 APR -1 P 1:20 | CASE NO. |
|---|---|---|

Court address: Civil Division, 421 Madison St., Detroit, MI 48226-2358

Court telephone no.: (313) 965-5952

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Angel Smith<br>3766 Helen<br>Detroit, MI. 48207<br>(313) 544-8541 | v | Experian<br>Registered Agent CT Corporation System<br>C/O CT Corporation System<br>330 N. Brand Blvd Suite 700<br>Glendale, CA 91203 |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

Plantiff Angel Smith is Suing Experian for Violations of the Fair credit reporting Act (15 U.S.C. 1681) Plantiff alleges this court has Jurisdiction persutant to 15 U.S.C 1681, and 28 U.S.C. 1331 as the action arises Under Fair credit credit reporting Act (FCRA) a federal Statere. in 2025 plantiff filed dispute and demand letters Stating incorrect/inaccurate accounts shown on plantiff credit report not belonging to her and that they be removed from credit report and for evidence of investigation and it was not provided within 45 days of the dispute or 15 days of the demand of investigation letter This has caused finanical harm to plantiff credit worthiness and severe anxiety and plantiff is suing for $10,000 for prayer of relief and demanding a jury trial on said triable accounts

4/1/26
Date

Angel Smith
Signature

JIS CODE: OSF

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | FEE WAIVER REQUEST | CASE NO. and JUDGE |
|---|---|---|

Court address
421 Madison Detroit, MI 48226-2358

Court telephone no.
(313) 965-5952

| Plaintiff/Petitioner's name, address, and telephone no. | v | Defendant/Respondent's name, address, and telephone no. |
|---|---|---|
| Angel Smith<br>3166 Helen<br>Detroit, MI. 48207<br>(313) 544-0541 | | Experian<br>Registered Agent CT Corporation System<br>C/o CT Corporation System<br>330 N. Brand Blvd, Suite 700 |
| Plaintiff/Petitioner's attorney, bar no., address, and telephone no. | | Defendant/Respondent's attorney, bar no., address, and telephone no.<br>Glendale, CA 91203 |

In the matter of Angel Smith v Experian

**Instructions:** Complete this form and file it with the court. If this request is filed by a prisoner, a certified statement of the prisoner's trust account showing a current balance and a 12-month history of deposits and withdrawals must accompany this form. After you receive a decision on your request, you must serve your request and the decision on the other party(ies).

36TH DISTRICT COURT
CIVIL DIVISION
2026 APR -1 P 1:20

I request a waiver of my filing fees for the following reason: (Check 1, 2, or 3)

☑ 1. I receive the following type(s) of public assistance because of indigence:
- ☑ Food Assistance Program through the State of Michigan (also known as FAP or SNAP)
- ☐ Medicaid (including Healthy Michigan, CHIP, and ESO)
- ☐ Family Independence Program through the State of Michigan (also known as FIP or TANF)
- ☑ Women, Infants, and Children benefits (WIC)
- ☐ Supplemental Security Income through the federal government (SSI)
- ☐ Other means-tested public assistance: ______

My public assistance case number(s) (if any) is ______.
Write "none" if no case number. Do not write your SSN.

☐ 2. I am represented by a legal services program or I receive assistance from a law school clinic because of indigence. The name of the legal services program or law school clinic is ______.

☐ 3. I am unable to pay the fees and I did not check item 1 or 2 above.
My gross household income is $ ______ every ______ (Week/Two weeks/Month/Year).
The number of people in my household is ______.
My source of income is ______.

List assets and their worth, such as bank accounts. If you need more space, attach a separate sheet.

List obligations and how much you pay, such as rent or other debts. If you need more space, attach a separate sheet.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

4/1/26
Date

Angel Smith
Signature

Approved, SCAO
Form MC 20, Rev. 9/23
MCR 2.002
Page 1 of 2

Distribute form to:
Court
Applicant
Other parties
Friend of the court (when applicable)

Case No. ______________________

**CLERK WAIVER**

1. Payment of filing fees is waived.

______________________
Signature of court clerk and date

**ORDER**

**IT IS ORDERED:**

☐ 1. Payment of filing fees is waived because:

☐ a. Your gross household income is under 125% of the federal poverty guidelines.

☐ b. Your gross household income is above 125% of the federal poverty guidelines, but payment of the fees would constitute a financial hardship for you.

☐ c. Other:

If you become able to pay the fees before this case is resolved, you must notify the court.

☐ 2. The fee waiver request is denied because:

☐ a. Your gross household income is above 125% of the federal poverty guidelines and payment of the fees would not constitute a financial hardship for you.

☐ b. Other:

______________________
Judge/Magistrate (when authorized) signature and date

**NOTICE**

**IF YOUR REQUEST WAS DENIED:** To continue your case and preserve your filing date, you have 14 days from the issue date below to pay the filing fees or request a review. To request a review, fill out a Request for Review of Denied Fee Waiver (form MC 114) and file it with the court.

______________________
Issue date (completed by clerk)

JIS CODE: OSF

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | FEE WAIVER REQUEST | CASE NO. and JUDGE |
|---|---|---|

**Court address**
421 Madison Detroit, MI 48226-2358

**Court telephone no.**
(313) 965-5952

| Plaintiff/Petitioner's name, address, and telephone no. | v | Defendant/Respondent's name, address, and telephone no. |
|---|---|---|
| Plaintiff/Petitioner's attorney, bar no., address, and telephone no. | | Defendant/Respondent's attorney, bar no., address, and telephone no. |

In the matter of ______________________________

**Instructions:** Complete this form and file it with the court. If this request is filed by a prisoner, a certified statement of the prisoner's trust account showing a current balance and a 12-month history of deposits and withdrawals must accompany this form. After you receive a decision on your request, you must serve your request and the decision on the other party(ies).

I request a waiver of my filing fees for the following reason: (Check 1, 2, or 3)

☐ 1. I receive the following type(s) of public assistance because of indigence:
- ☐ Food Assistance Program through the State of Michigan (also known as FAP or SNAP)
- ☐ Medicaid (including Healthy Michigan, CHIP, and ESO)
- ☐ Family Independence Program through the State of Michigan (also known as FIP or TANF)
- ☐ Women, Infants, and Children benefits (WIC)
- ☐ Supplemental Security Income through the federal government (SSI)
- ☐ Other means-tested public assistance: ______________________________

My public assistance case number(s) (if any) is ______________________________.
Write "none" if no case number. Do not write your SSN.

☐ 2. I am represented by a legal services program or I receive assistance from a law school clinic because of indigence. The name of the legal services program or law school clinic is ______________________________.

☐ 3. I am unable to pay the fees and I did not check item 1 or 2 above.
My gross household income is $ __________ every ______________________________.
Week/Two weeks/Month/Year
The number of people in my household is __________.
My source of income is ______________________________.
List assets and their worth, such as bank accounts. If you need more space, attach a separate sheet.

List obligations and how much you pay, such as rent or other debts. If you need more space, attach a separate sheet.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date ______________ Signature ______________________________

Approved, SCAO
Form MC 20, Rev. 9/23
MCR 2.002


Distribute form to:
Court
Applicant
Other parties
Friend of the court (when applicable)

Case No. ______________________

CLERK WAIVER

1. Payment of filing fees is waived.

______________________
Signature of court clerk and date

ORDER

**IT IS ORDERED:**

☐ 1. Payment of filing fees is waived because:
- ☐ a. Your gross household income is under 125% of the federal poverty guidelines.
- ☐ b. Your gross household income is above 125% of the federal poverty guidelines, but payment of the fees would constitute a financial hardship for you.
- ☐ c. Other:

If you become able to pay the fees before this case is resolved, you must notify the court.

☐ 2. The fee waiver request is denied because:
- ☐ a. Your gross household income is above 125% of the federal poverty guidelines and payment of the fees would not constitute a financial hardship for you.
- ☐ b. Other:

______________________
Judge/Magistrate (when authorized) signature and date

NOTICE

**IF YOUR REQUEST WAS DENIED:** To continue your case and preserve your filing date, you have 14 days from the issue date below to pay the filing fees or request a review. To request a review, fill out a Request for Review of Denied Fee Waiver (form MC 114) and file it with the court.

______________________
Issue date (completed by clerk)

JIS CODE: OSF

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | FEE WAIVER REQUEST | CASE NO. and JUDGE |
|---|---|---|

**Court address**
421 Madison Detroit, MI 48226-2358

**Court telephone no.**
(313) 965-5952

| Plaintiff/Petitioner's name, address, and telephone no. | v | Defendant/Respondent's name, address, and telephone no. |
|---|---|---|
| Plaintiff/Petitioner's attorney, bar no., address, and telephone no. | | Defendant/Respondent's attorney, bar no., address, and telephone no. |

In the matter of ______________________________

**Instructions:** Complete this form and file it with the court. If this request is filed by a prisoner, a certified statement of the prisoner's trust account showing a current balance and a 12-month history of deposits and withdrawals must accompany this form. After you receive a decision on your request, you must serve your request and the decision on the other party(ies).

I request a waiver of my filing fees for the following reason: (Check 1, 2, or 3)

☐ 1. I receive the following type(s) of public assistance because of indigence:
- ☐ Food Assistance Program through the State of Michigan (also known as FAP or SNAP)
- ☐ Medicaid (including Healthy Michigan, CHIP, and ESO)
- ☐ Family Independence Program through the State of Michigan (also known as FIP or TANF)
- ☐ Women, Infants, and Children benefits (WIC)
- ☐ Supplemental Security Income through the federal government (SSI)
- ☐ Other means-tested public assistance: ______________________________

My public assistance case number(s) (if any) is ______________________________.
Write "none" if no case number. Do not write your SSN.

☐ 2. I am represented by a legal services program or I receive assistance from a law school clinic because of indigence. The name of the legal services program or law school clinic is

______________________________.

☐ 3. I am unable to pay the fees and I did not check item 1 or 2 above.
My gross household income is $ ______________ every ______________________________.
Week/Two weeks/Month/Year
The number of people in my household is __________ .
My source of income is ______________________________.
List assets and their worth, such as bank accounts. If you need more space, attach a separate sheet.

List obligations and how much you pay, such as rent or other debts. If you need more space, attach a separate sheet.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

______________________ Date

______________________ Signature

Approved, SCAO
Form MC 20, Rev. 9/23
MCR 2.002
Page 1 of 2

Distribute form to:
Court
Applicant
Other parties
Friend of the court (when applicable)

**CLERK WAIVER**

1. Payment of filing fees is waived.

______________________________
Signature of court clerk and date

**ORDER**

**IT IS ORDERED:**

☐ 1. Payment of filing fees is waived because:
- ☐ a. Your gross household income is under 125% of the federal poverty guidelines.
- ☐ b. Your gross household income is above 125% of the federal poverty guidelines, but payment of the fees would constitute a financial hardship for you.
- ☐ c. Other:

If you become able to pay the fees before this case is resolved, you must notify the court.

☐ 2. The fee waiver request is denied because:
- ☐ a. Your gross household income is above 125% of the federal poverty guidelines and payment of the fees would not constitute a financial hardship for you.
- ☐ b. Other:

______________________________
Judge/Magistrate (when authorized) signature and date

**NOTICE**

**IF YOUR REQUEST WAS DENIED:** To continue your case and preserve your filing date, you have 14 days from the issue date below to pay the filing fees or request a review. To request a review, fill out a Request for Review of Denied Fee Waiver (form MC 114) and file it with the court.

______________________________
Issue date (completed by clerk)

**Honorable Adam A. Shakoor Judicial Center**
**36TH DISTRICT COURT CIVIL DIVISION**
421 Madison
Detroit, Michigan 48226-2358

CERTIFIED MAIL

7017 2400 0000 0160 8402

quadient
FIRST-CLASS MAIL
IMI
$020.82
06/05/2026 ZIP 48226
043M32206697
US POSTAGE

United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

RECEIVED
JUN 10 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS