**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANGEL SMITH

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 4:26-cv-11501-FKB-DRG

Hon. F. Kay Behm
Magistrate Judge: David R. Grand

---

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2026, a copy of the following documents:

1. [7] Notice of Appearance of Daniel A. Grossman;
2. [8] Experian's Motion for Extension of Time To Respond to Complaint;
3. Text-Only Order – Motion to Extend Time Granted;
4. [9] Notice of Appearance of Adam N. Rosenberg;
5. [10] Notice of Filing State Court Documents; and

a copy of this Certificate of Service was served upon Plaintiff by U.S. Mail at:

Angel Smith, *Pro Se Plaintiff*
3166 Helen Street
Detroit, Michigan 48207

Respectfully submitted,

CLARK HILL PLC

By: */s/ Daniel A. Grossman*
Daniel A. Grossman (P85932)
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300
dgrossman@clarkhill.com
*Attorneys for Defendant*

Date: June 10, 2026