**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ANGEL SMITH<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | CASE NO.: 4:26-11501-FKB-DRG<br><br>HON. F. KAY BEHM<br><br>MAGISTRATE JUDGE DAVID R. GRAND |

**MOTION TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Local Rule 83.25(b)(2), Troutman Pepper Locke LLP ("**Troutman**") respectfully moves this Court for an order granting permission for Troutman to withdraw as counsel to Defendant Experian Information Solutions, Inc. ("Experian").

Experian will continue to be represented in this matter by Clark Hill, PLC, and Daniel A. Grossman, who maintains an office in this district. Accordingly, Troutman's withdrawal will cause no delay in this case.

WHEREFORE, Troutman respectfully requests that this Court enter an order allowing it to withdraw as counsel for Experian in the above-captioned matter.

Dated: June 10, 2026

Respectfully submitted,

*/s/ Lauren E. Lacey*
Lauren E. Lacey
Troutman Pepper Locke LLP
401 9th Street NW
Suite 1000
Washington, DC 20004
202-274-2950
Lauren.Lacey@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2026, I caused a copy of the foregoing *Motion to Withdraw as Counsel for Defendant Experian* and this Certificate of Service to be electronically filed with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants. I further certify that a copy was served upon the following by U.S. Mail.

Angel Smith
3166 Helen
Detroit, MI 48207
*Pro se plaintiff*

*/s/ Lauren E. Lacey*
Lauren E. Lacey