**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ANGEL SMITH<br>Plaintiff,<br>vs.<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | CASE NO.: 4:26-11501-FKB-DRG<br>HON. F. KAY BEHM<br>MAGISTRATE JUDGE DAVID R. GRAND |

**ORDER TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to the Motion to Withdraw as Counsel for Defendant Experian Information Solutions, Inc. filed herewith;

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for Defendant Experian Information Solutions, Inc. is granted and Troutman Pepper Locke LLP is hereby withdrawn as counsel for Defendant Experian Information Solutions, Inc. in the above-captioned matter, and Troutman Pepper Locke LLP will be removed from the ECF service list.

IT IS SO ORDERED this ____ day of June, 2026.

______________________________
UNITED STATES DISTRICT COURT JUDGE