UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION

ANGEL SMITH,
Plaintiff,

v. Case No. 4:26-cv-11501-FKB-DRG

EXPERIAN INFORMATION SOLUTIONS, INC.,
Defendant.

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

Plaintiff Angel Smith, appearing pro se, respectfully responds to Defendant's Motion for Extension of Time and states as follows:

1. Plaintiff commenced this action on April 1, 2026.
2. Defendant was served with the Complaint on April 6, 2026, as reflected by Plaintiff's proof of service and USPS delivery confirmation.
3. Defendant has been aware of Plaintiff's claims for more than two months and has had ample opportunity to investigate the allegations and prepare a response.
4. Defendant previously received an extension of time to respond to the Complaint.
5. On or about June 9, 2026, newly retained counsel for Defendant contacted Plaintiff and requested an additional thirty (30) day extension.
6. Plaintiff attempted to resolve the matter reasonably and agreed to a shorter extension. However, Plaintiff did not consent to a thirty (30) day extension.
7. While Plaintiff understands that newly retained counsel may need additional time to review the file, Defendant's change in counsel should not result in unnecessary delay of these proceedings.
8. Defendant is a sophisticated corporation with substantial resources and has had sufficient notice of Plaintiff's claims since service was completed on April 6, 2026.
9. Plaintiff respectfully submits that a thirty (30) day extension is excessive under the circumstances and would unnecessarily delay the progress of this case.
10. If the Court determines that an extension is warranted, Plaintiff respectfully requests that any extension be limited to fifteen (15) days rather than the thirty (30) days requested by Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's request for a thirty (30) day extension or, alternatively, limit any extension granted to fifteen (15) days.

Respectfully submitted,

Angel Smith

3166 Helen

Detroit, Michigan

48207
Plaintiff, Pro Se

Dated: June 12, 2026

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I served a true and correct copy of the foregoing Plaintiff's Response in Opposition to Defendant's Motion for Extension of Time by filing the document through the Court's CM/ECF system and by electronic mail to Defendant's counsel.

Specifically, a copy of this Opposition was emailed to Defendant's counsel, Daniel A. Grossman and Adam N. Rosenberg of Clark Hill PLC, on June 12, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2026

---

Angel Smith Plaintiff, Pro Se