UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL SMITH,

Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS INC.,

Defendant(s).
_______________________________________/

Civil Action No. 26-11501

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**ORDER REQUIRING RESPONSE**

IT IS HEREBY ORDERED that the plaintiff, Angel Smith, shall file a response to Defendant's Motion for More Definite Statement (ECF No. 14) on or before **August 3, 2026**. The response shall be filed in accordance with E.D. Mich. L.R. 7.1. **Failure to file a timely response may result in a recommendation that Defendant's motion be granted and/or that Plaintiff's case be dismissed.**

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before **August 20, 2026**.

IT IS SO ORDERED.

Dated: July 10, 2026

s/David R. Grand
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 10, 2026.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager