**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ANGEL SMITH,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendants.

Case No. 4:26-cv-11501-FKB-DRG

Hon. F. Kay Behm
Magistrate Judge David R. Grand

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew T. Murphy enters his appearance on behalf of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

Dated: July 20, 2026

Respectfully submitted,

**VENABLE LLP**

By: *<u>/s/ Matthew T. Murphy</u>*

Matthew T. Murphy
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598
mtmurphy@venable.com

*Counsel to Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, I electronically filed the foregoing Notice of Appearance, dated July 20, 2026, on all appearing counsel via ECF filing and Pro Se Plaintiff Angel Smith by U.S. Mail to:

Angel Smith
3166 Helen
Detroit, MI 48207
PRO SE

Dated: July 20, 2026

**VENABLE LLP**

By: */s/ Matthew T. Murphy*
Matthew T. Murphy