**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ANGEL SMITH,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 4:26-cv-11501-FKB-DRG

Hon. F. Kay Behm

Magistrate Judge David R. Grand

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**

Plaintiff Angel Smith ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") submit the following stipulation and agreed proposed order requesting an extension of Experian's time to file an answer or otherwise respond to Plaintiff's Amended Complaint, up to and including August 10, 2026.

In support of their request, the parties state as follows:

1. Plaintiff filed her Complaint on or about April 1, 2026.

2. Experian was served with the Complaint on April 7, 2026.

3. On July 9, 2026, Experian responded to the Complaint by filing a Motion for a More Definite Statement Pursuant to Federal Rule of Civil Procedure 12(e).

4. On July 10, 2026, Plaintiff filed an Amended Complaint.

5. Currently, Experian's deadline to file a responsive pleading is July 24, 2026.

6. The Parties agree to a 15-day extension for Experian to answer or otherwise respond to the Complaint up to and including August 10, 2026.

7. Counsel for Experian seeks additional time to fully evaluate the claims in Plaintiff's Amended Complaint and prepare an appropriate response.

8. There have been two prior requests for extensions of time to respond to the Complaint, the first of which was filed by Experian's prior counsel. Both of these extension requests were granted by the Court.

Therefore, Plaintiff and Experian stipulate that the deadline for Experian to file an answer or otherwise respond to the Amended Complaint is extended up to and including August 10, 2026.

IT IS SO STIPULATED this 21st day of July, 2026.

/s/ Angel Smith (with consent)
Angel Smith
3166 Helen Street
Detroit, MI 48207

*Pro Se Plaintiff*

/s/ Daniel A. Grossman
Daniel A. Grossman (P85932)
Adam N. Rosenberg (P88174)
Clark Hill PLC
500 Woodward Ave, Suite 3500
Detroit, MI 48226
(313) 965-8300
dgrossman@clarkhill.com
arosenberg@clarkhill.com

Matthew T. Murphy
Venable LLP
151 W. 42nd Street, 49th Floor
New York, NY 10036
(212) 370-6236
mtmurphy@venable.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

ANGEL SMITH,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 4:26-cv-11501-FKB-DRG

Hon. F. Kay Behm

Magistrate Judge David R. Grand

**ORDER**

THIS CAUSE COMING ON A STIPULATION between Plaintiff Angel Smith ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") for Extension of Time to Answer or Otherwise Respond to the Amended Complaint, the Court being fully advise in the premises;

IT IS HEREBY ORDERED that the deadline for Experian to answer or otherwise respond to the Complaint is extended up to and including August 10, 2026.

Date:7/21/26

s/David R. Grand
Hon. David R. Grand
United States District Judge