UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL SMITH,

Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS INC.,

Defendant(s).
_______________________________/

Civil Action No. 26-11501

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**NOTICE OF TELEPHONIC CONFERENCE**

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before Magistrate Judge David R. Grand as follows:

- STATUS CONFERENCE: August 25, 2026, at 2:00 PM

Please join the conference by calling the dial-in number below and entering the passcode:

Dial-In Number: 734-535-8499
Passcode: 671 813 820#

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager

Dated: August 11, 2026