UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL SMITH,

Plaintiff,

v.

EXPERIAN INFORMATION,
SOLUTIONS, INC.

Defendant.
_______________________________/

Civil Action No. 26-11501

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

**SCHEDULING ORDER**

| | |
|---|---|
| Initial Disclosures | September 24, 2026 |
| Witness Lists Exchanged | December 14, 2026 |
| Discovery Cutoff (all discovery responses due) | January 25, 2027 |
| Dispositive Motion Cutoff | March 1, 2027 |
| Joint Final Pretrial Statements, Trial Briefs, Motions in Limine | To be Scheduled |
| Final Pretrial Conference | To be Scheduled |
| Trial Date | To be Scheduled |

**THERE WILL BE NO ADJOURNMENTS OF THESE DATES OTHER THAN UPON MOTION SHOWING OF GOOD CAUSE.**

**IT IS SO ORDERED.**

Dated: August 27, 2026
Ann Arbor, Michigan

s/David R. Grand
DAVID R. GRAND
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 27, 2026.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager